1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CESAR PAGADUAN, an unmarried man, ) | Case No.: 10-CV-04595-LHK |
| ) | |
| Plaintiff, ) | ORDER DIRECTING PLAINTIFF(S) TO |
| v. ) | FILE AMENDED COMPLAINT |
| ) | |
| COUNTRYWIDE BANK, N.A., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

On October 12, 2010, this case was initiated by the filing of a Complaint apparently on behalf of Plaintiff Cesar Pagaduan. The only parties named in the Complaint are Plaintiff Cesar Pagaduan, in *pro per*, and Defendants Countrywide Bank, N.A., Alliance Title Company, Mortgage Electronic Registration Systems, an Unknown Mortgage Broker, and Does 1-10. Compl. ¶¶ 1-12. Plaintiff Cesar Pagaduan is alleged to be a resident of San Jose, California, who entered into a loan repayment and security agreement with Countrywide Bank on February 21, 2007, concerning real estate located at 2781 Gavilan Drive, San Jose, California 95148. Compl. ¶¶ 1-3. Although Cesar Pagaduan is the only Plaintiff named or mentioned in the Complaint, the signature line at the end of the Complaint lists both Rachel Licuanan and Cesar Pagaduan, and the Complaint is signed only by Rachel Licuanan. Compl. at p. 29.

On December 10, 2010, the Court received a letter from Rachel Licuanan. Received Letter, ECF No. 4. The letter states that Ms. Licuanan was granted the property at issue in this case by Cesar Pagaduan and requests that "my case case #C10-04595HRL to be 'Reassigned to a United

1
Case No.: 10-CV-04595-LHK
ORDER DIRECTING PLAINTIFF(S) TO FILE AMENDED COMPLAINT

1  States District Judge.'" *Id.*  The letter also includes a copy of a deed recorded by the County of

2  Santa Clara.  Based on this deed, it appears that Cesar Pagaduan and Rachel Licuanan, as joint

3  tenants, granted the subject property to Rachel Licuanan on March 20, 2007.  Pursuant to Ms.

4  Licuanan's letter, the case was reassigned to the undersigned Judge Koh on December 14, 2010.

5  Although Ms. Licuanan refers to this case as "my case," she is not a named party in this

6  action.  Moreover, Mr. Pagaduan, the Plaintiff actually named in this case, did not sign the

7  Complaint, and it is unclear whether he is actually involved in this action.  Pursuant to Federal

8  Rule of Civil Procedure 11, every pleading must be signed by a party personally if that party is not

9  represented by counsel.  "The court must strike an unsigned paper unless the omission is promptly

10  corrected after being called to the attorney's or party's attention."  Fed. R. Civ. Pro. 11(a).

11  Accordingly, the Court directs the litigants in this case to file an amended complaint that:

12  (1) Identifies the proper Plaintiff or Plaintiffs, and

13  (2) Bears the authentic signature of any and all named Plaintiffs.

14  **The amended complaint shall be filed within thirty (30) days of this Order.**  The amended

15  complaint must also be served on Defendants.  If an amended complaint is not filed within 30 days

16  of this Order, the Court will strike the Complaint for failure to comply with Rule 11.

17  **IT IS SO ORDERED.**

19  Dated: December 29, 2010

_____
LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-04595-LHK
ORDER DIRECTING PLAINTIFF(S) TO FILE AMENDED COMPLAINT