UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CESAR PAGADUAN, an unmarried man, | ) | Case No.: 10-CV-04595-LHK |
| Plaintiff, | ) | ORDER DISMISSING CASE |
| v. | ) | |
| COUNTRYWIDE BANK, N.A., et al., | ) | |
| Defendants. | ) | |

This Court previously noted that while the Complaint in this action names Cesar Pagaduan as the sole Plaintiff, the Complaint was only signed by an individual named Rachel Licuanan, who also appears to be the only person prosecuting this case.  On December 29, 2010, the Court ordered the litigants to file an amended complaint identifying the proper plaintiffs and signed by all named plaintiffs.  The Court stated that if the litigants failed to file an amended complaint within 30 days of its order, the Complaint would be stricken pursuant to Federal Rule of Civil Procedure 11.  More than 30 days have passed since the Court's order of December 29, 2010, and no amended complaint has been filed.  Accordingly, the Court hereby STRIKES the Complaint and DISMISSES this action without prejudice.

**IT IS SO ORDERED.**

Dated: February 7, 2011

_____
LUCY H. KOH
United States District Judge

Case No.: 10-CV-04595-LHK
ORDER DISMISSING CASE